CO-386
10/2018

# United States District Court
# For the District of Columbia

SUNRISE WIND LLC,

              Plaintiff

vs

DOUGLAS J. BURGUM, et al.

              Defendant

Civil Action No. 1:26-cv-00028

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for Sunrise Wind LLC certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Sunrise Wind LLC which have any outstanding securities in the hands of the public:

Ørsted A/S
Equinor ASA

No other entity owns at least 10% of the stock of the corporation.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Janice M. Schneider
Signature

DC Bar No. 472037
BAR IDENTIFICATION NO.

Janice M. Schneider
Print Name

555 Eleventh Street, NW, Suite 1000
Address

Washington, DC 20004
City    State    Zip Code

202-637-2200
Phone Number