## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNRISE WIND LLC, *Plaintiff*, v. DOUGLAS J. BURGUM, *et al.*, *Defendants*. | Civil Action No.: 1:26-cv-00028 |

### NOTICE OF ERRATA

In compliance with the Court's Notice of New Case Error, Plaintiff Sunrise Wind LLC ("Sunrise Wind") hereby files a notice of errata attaching a corrected version of its Complaint, previously filed at ECF No. 1. The original Complaint omitted the address for Sunrise Wind in the caption. The attached Complaint corrects this omission. No other changes have been made.

Dated: January 7, 2026

Respectfully submitted,

By */s/ Janice M. Schneider*
Janice M. Schneider (D.C. Bar No. 472037)
Stacey L. VanBelleghem (D.C. Bar No. 988144)
Roman Martinez (D.C. Bar No. 1001100)
Devin. M. O'Connor (D.C. Bar No. 1015632)
Rachael L. Westmoreland (DC Bar No. 90034032)
LATHAM & WATKINS LLP
555 11th Street NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: janice.schneider@lw.com
stacey.vanbelleghem@lw.com
roman.martinez@lw.com
devin.o'connor@lw.com
rachael.westmoreland@lw.com

*Counsel for Plaintiff
Sunrise Wind LLC*