AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

SUNRISE WIND LLC

*Plaintiff(s)*

v.

DOUGLAS J. BURGUM, et al.

*Defendant(s)*

Civil Action No. 1:26-cv-00028

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jeanine Ferris Pirro
U.S. Attorney for the District of Columbia
c/o Civil Process Clerk
601 D Street NW
Washington, D.C. 20004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janice M. Schneider
LATHAM & WATKINS LLP
555 11th Street, NW, Suite 1000
Washington, D.C. 20004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 1/8/2026

/s/ Nicole M. Wilkens
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Sunrise Wind LLC**
                             *Plaintiff(s)*
                                                    VS.                    Case No: 1:26-cv-00028-RCL

**Douglas J. Burgum, in his official capacity as Secretary of the U.S. Department of the Interior, et al.**
                             *Defendant(s)*

## AFFIDAVIT OF SERVICE

I, Leroy Weaver, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Complaint for Declaratory and Injunctive Relief with Exhibits; Civil Cover Sheet with Addendum; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Certificate Rule LCvR 26.1, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court; Notice of Appearance of Counsel for Stacey L. VanBelleghem; Notice of Appearance of Counsel for Roman Martinez; Notice of Appearance of Counsel for Devin M. O'Connor; Notice of Appearance of Counsel for Rachael L. Westmoreland; and Notice of Errata with Complaint for Declaratory and Injunctive Relief in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 01/08/2026 at 12:08 PM, I served Jeanine Ferris Pirro, U.S. Attorney for the District of Columbia c/o Civil Process Clerk at 601 D Street, NW, Washington, DC 20530 with the Summons; Complaint for Declaratory and Injunctive Relief with Exhibits; Civil Cover Sheet with Addendum; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Certificate Rule LCvR 26.1, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court; Notice of Appearance of Counsel for Stacey L. VanBelleghem; Notice of Appearance of Counsel for Roman Martinez; Notice of Appearance of Counsel for Devin M. O'Connor; Notice of Appearance of Counsel for Rachael L. Westmoreland; and Notice of Errata with Complaint for Declaratory and Injunctive Relief by serving Milton Pettus, Paralegal, authorized to accept service.

Milton Pettus is described herein as:

Gender: Male    Ethnicity: African American    Age: 40    Weight: 170    Height: 5'9"    Hair: Bald

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>01/08/2026</u>

*Leroy Weaver*

Capitol Process Services, Inc.
7500 Greenway Center Drive, Suite 420
Greenbelt, Maryland 20770
(202) 667-0050

Client Ref Number: 064836-0040
Job #:14930667