# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF COLUMBIA

SUNRISE WIND, LLC,

       *Plaintiff*,

   v.

DOUG BURGUM, in his official capacity as
Secretary of the U.S. Department of the Interior;

UNITED STATES DEPARTMENT OF THE
INTERIOR;

MATTHEW GIACONA, in his official capacity
as Acting Director of the Bureau of Ocean Energy
Management;

BUREAU OF OCEAN ENERGY
MANAGEMENT;

KENNETH STEVENS, in his official capacity as
Principal Deputy Director Exercising the
Delegated Authorities of the Director of the
Bureau of Safety and Environmental Enforcement;

BUREAU OF SAFETY AND
ENVIRONMENTAL ENFORCEMENT,

       *Defendants*.

Case No.: 1:26-cv-00028-RCL

## DECLARATION OF BRYAN STOCKTON IN SUPPORT OF PLAINTIFF'S MOTION
## FOR A PRELIMINARY INJUNCTION AND STAY PENDING REVIEW

Pursuant to 28 U.S.C. § 1746(2), I, Bryan Stockton, declare as follows:

1.     I am employed by Orsted North America Inc. ("Ørsted") as the Senior Director,

Federal and Regulatory Affairs. In this role, I advise on evolving federal tax, environmental, and

energy policies that impact Ørsted's portfolio of North American projects, including the

commercial-scale Sunrise Wind Farm and Sunrise Wind Export Cable (together, the "Project").

In this capacity, I am responsible for developing and executing on strategies to minimize risk and to facilitate a reliable, affordable, and cleaner energy industry.

2.      I have been employed at Ørsted since March of 2020, and have held the position of Senior Director, Federal and Regulatory Affairs since June of 2025, having served in similar roles since 2023.   Prior to joining Ørsted, I was in private practice at a law firm working in their Environmental, Land Use & Natural Resources practice.

3.      I obtained my Bachelor of Science in Foreign Service from Georgetown University in 2004 and Juris Doctor from Georgetown University Law Center in 2009.

4.      As Ørsted's Senior Director, Federal and Regulatory Affairs, I am and have been directly involved in, have directed and overseen, and am and have been otherwise aware of numerous aspects of the Project, such as the permitting process for the Project; the evolving federal regulatory regime for offshore energy; relevant mitigation initiatives; and interactions with federal agencies, including with the Department of the Interior and the Department of War.

5.      I have reviewed the December 22, 2025 order that the Bureau of Ocean Energy Management's ("BOEM") Acting Director issued to Sunrise Wind "to suspend all ongoing related activities on the Sunrise Wind Project on the Outer Continental Shelf for the next 90 days" except for "any activities that are necessary to respond to emergency situations and/or to prevent impacts to health, safety, and the environment over the next 90 days and during any subsequent extensions" on the basis of a classified assessment completed in November 2025 by the Department of War regarding "national security implications" ("Stop Work Order").[1]  This declaration outlines efforts

---

[1] The BOEM Stop Work Order is available here:
https://www.boem.gov/sites/default/files/documents/renewable-energy/state-activities/BOEM%20Sunrise%20Wind%20Suspension%20Letter.pdf?VersionId=0mzTyf92Vu1Ft0H5un15omNiMQu7f9Zy (last accessed Jan. 8, 2026).

that Sunrise Wind has made to obtain access to the information relied upon by BOEM by representatives of Sunrise Wind holding security clearances.  As of the signing of this declaration, the Federal Defendants have not provided or even begun to facilitate Sunrise Wind's technical experts nor its eligible counsel with access to the information relied upon by BOEM or to provide unclassified summaries.  The only information I have seen is through review of declarations filed by the federal personnel in various other pieces of litigation that I obtained through my legal counsel.

6.      I execute this Declaration in support of Sunrise Wind's Motion for Preliminary Injunction and Stay Pending Review in this case based on my personal knowledge of the matters referred to herein and, if called upon to do so, could and would testify truthfully thereto.  I am over 18 years of age and competent to testify about the matters set forth herein.

7.      On December 23, 2025, the day after BOEM issued the Stop Work Order, I emailed the Department of the Interior's scheduling inbox to request a virtual meeting or telephone call "as soon as convenient" between Amanda Dasch, Ørsted's Chief Development Officer, and Secretary of the Interior Doug Burgum (or Deputy Secretary, if the Secretary is unable to meet) to "engag[e] for a prompt resolution of Interior's concerns."  **Exhibit 1** at 1-4.  **Exhibit 1** is a true and correct copy of this email correspondence.  I stated that "[w]e would like to engage in dialogue to understand new concerns and confirm the adequacy of previously-agreed-to mitigations."  *Id.* at 4.  When I emailed the scheduling inbox with this request, I copied JoDee Hanson, the Chief of Staff at the Department of the Interior.  *Id.* at 1.

8.      The same day, Gabriel Davies, Vice President and Managing Director for Revolution Wind and Sunrise Wind USA, sent an email to BOEM Acting Director Matthew

Giacona "requesting an in-person meeting as soon as possible." **Exhibit 2** at 5-6. **Exhibit 2** is a true and correct copy of this email correspondence. I was copied on Ms. Davies's email.

9.    Mr. Giacona responded three days later on December 26 offering "a meeting at the Main Interior Building" the following week. *Id.* at 5.

10.    Ms. Davies responded two hours later. *Id.* She suggested meeting on December 30 or 31 and requested outside counsel's presence if BOEM planned "to have attendance from the solicitor's office." *Id.* She also stated that "we will bring someone with security clearance to be present." *Id.* Christopher Danley, Senior Advisor to the Solicitor, and Audrey Taylor, Acting Deputy Chief of Staff at BOEM, were copied on this email.

11.    On December 28—two days later—I emailed Mr. Giacona to request that we confirm a date and time. *Id.* at 4.

12.    Mr. Giacona responded, apologized "for the delay," and offered to meet in the afternoon on December 30. *Id.*

13.    Ms. Davies offered to "send over our attendee list," and Mr. Giacona asked for the list "at earliest convenience." *Id.* at 3.

14.    On December 29, I sent Mr. Giacona, Mr. Danley, and Ms. Taylor our attendee list, which included four Ørsted employees (including myself); outside counsel; and Pat Holub, Senior Director at the TERMA Group. *Id.* at 2-3. I asked "how Pat Holub can best relay his security clearance information to the facility security officer." *Id.* at 3.

15.    Ms. Taylor sent arrival instructions, but she did not comment on the security clearance information request. *Id.* at 2.

16.    On December 29, I followed up with Ms. Taylor and noted, "We do have one other person with clearance we'd like to bring; is there information you could provide on how clearances

could be transmitted in advance to BOEM, so we can confirm the transfer happens before 3pm tomorrow?" *Id.* at 1. Ms. Taylor responded the following morning and stated, "I don't think security clearances are needed for this meeting, but defer to Matt for his thoughts!" *Id.* Mr. Giacona did not respond.

17.    We met with Mr. Giacona in the Interior Department at 1849 C Street in Washington, D.C., on December 30, 2025. I understand that Interior's building at 1849 C Street in Washington, D.C., has a Sensitive Compartmentalized Information Facility ("SCIF") on-site. We brought three technical representatives with "Top Secret" clearance. BOEM did not facilitate or accommodate the request or otherwise allow Sunrise Wind representatives with security clearances access to the classified information.

18.    At the meeting, Mr. Danley agreed to arrange access and request a briefing to the classified information by the Department of War that is the basis for the Second Stop Work Order. We provided contact information for our technical representatives to Mr. Danley at the meeting to begin the federal process to confirm these technical representatives' clearance levels. No subsequent briefing or access to the classified material that is the basis for the Stop Work Order has been provided by any agency, including BOEM, Interior, or the Department of War. To date, none of our technical representatives have been contacted by BOEM, Interior, or the Department of War to confirm their clearance levels. Similarly, although we requested an unclassified summary and unclassified redacted versions of the classified material, no unclassified material has been provided in response to this request.

19.    On January 2, 2026, I emailed Mr. Danley to ask if he had "any update on the status of the review/briefing for the three individuals (Adm. Paul Thomas (ret.), Pat Holub, and Tom Ferguson) with appropriate clearance that we identified for Revolution Wind and Sunrise Wind in

our meeting on December 30?" **Exhibit 3** at 1. **Exhibit 3** is a true and correct copy of this email correspondence. As of this writing, I have not received a response to this email.

20.    Five days later, on January 7, 2026, our technical expert Vice Admiral Paul Thomas (ret.) emailed Mr. Danley noting that "I have yet to receive any communication from the Department of War regarding the transfer of my top secret security clearance" and requesting an update. **Exhibit 4** at 1. I was copied on that email. **Exhibit 4** is a true and correct copy of this email correspondence. Mr. Danley responded that he had "submitted your name and the others' names to DOW and asked for a point of contact so that you could reach out to them directly." *Id.* But importantly, he added: "However, DOW has informed me that they are awaiting resolution of the litigation before they would consider sharing the classified information with Orsted's representatives." *Id.*

21.    On January 8, 2026, I responded to Mr. Danley that I "am disappointed that no effort will be made by DoW to facilitate the transfer of clearances." **Exhibit 5** at 1. **Exhibit 5** is a true and correct copy of this email correspondence. I attached "a range of materials relevant to the review of Sunrise Wind by DoW, including the mitigation agreement executed between Sunrise Wind and the U.S. military in 2025," and noted that "[w]e await a better understanding of the capabilities that DoW is trying to achieve so that we can have further conversations." *Id.*

22.    In a January 8, 2026 declaration made in Revolution Wind, LLC's lawsuit challenging the Second Stop Work Order, the Department of the Interior's Deputy Assistant Secretary, Land and Minerals Management, Jacob Tyner, stated that, "[g]iven the foreign control over the foreign control over the Revolution Wind Project, BOEM is coordinating with DoW on whether access to the classified material with a secret designation by Developers is possible." This concern had never been shared with me in previous communications. And the declaration did not

acknowledge that representatives of Sunrise Wind had already been told that no classified information would be shared while litigation was pending.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746(2) that the foregoing is true and correct.

Executed on January 9, 2026, at Washington, D.C.

_Bryan Stockton_
Bryan Stockton

# EXHIBIT 1

 Outlook

## Request for telephone call with Amanda Dasch

**From** Bryan Stockton <BRSTO@orsted.com>

**Date** Tue 12/23/2025 11:48 AM

**To** scheduling_interior@ios.doi.gov <scheduling_interior@ios.doi.gov>

**Cc** jodee_hanson@ios.doi.gov <jodee_hanson@ios.doi.gov>

📎 1 attachment (43 KB)
Secretary Meeting Request for Amanda Dasch.docx;

Please find attached a request for a call with Amanda Dasch, Chief Development Officer at Orsted, and Secretary Burgum, in light of yesterday's order from the department. Thank you for your consideration during this holiday period. We are committed to engaging for a prompt resolution of Interior's concerns.

**Bryan Stockton**

Head of Federal and Regulatory Affairs

1225 New York Avenue NW, Ste. 550B

Washington DC, 20002

Tel. (202) 499-0528

brsto@orsted.com



Learn more at us.orsted.com

**U.S. Department of the Interior – Office of the Secretary**

# Meeting Information Request Form

To ensure that the appropriate individual within the Department of the Interior is meeting with you on a given matter and because the Office of the Secretary is committed to maintaining the highest ethical standards, we need the information requested below before we can agree to schedule a meeting.

**Please respond to the questions below and send your response to scheduling_interior@ios.doi.gov**. Providing detailed responses and including any written materials you would like shared in advance of the meeting in a single submission will assist with a timely response.

If you have any questions you may contact Lucy Herrington at (202) 431-0623

| | |
|---|---|
| **Requesting individual/organization:** Please identify the person(s) name and affiliation) requesting the meeting, including any background information on the affiliated organization(s). | Amanda Dasch, Chief Development Officer, Orsted. Orsted is a global energy developer investing $20 billion in the U.S. by the end of the decade to expand America's domestic energy and create thousands of jobs in industries like shipbuilding, manufacturing, construction, and more. Its Revolution Wind and Sunrise Wind projects are in advanced stages of construction and slated to provide critical power to New York and New England in 2026. |

| | | |
|---|---|---|
| **Contact information (Name, Email, Phone):** Identify if organizing and day of contact(s) is the same or different | <u>Organizing Contact(s):</u><br><br>**Name:** Bryan Stockton<br>**Email:** brsto@orsted.com<br>**Phone:** 202-499-0528 | <u>Day of Contact(s):</u><br><br>**Name:** Amanda Dasch<br>**Email:** amdas@orsted.com<br>**Phone:** 857-393-6789 |

| | |
|---|---|
| **Proposed meeting date (if date is flexible please indicate a proposed date range):**<br><br>Please identify any time sensitivity that impacts the date of the meeting, such as court-ordered or statutory deadline: | Virtual meeting/telephone call as soon as convenient, starting Dec. 23. |

| PARTICIPANTS | |
|---|---|
| **Expected meeting participants (name, title, and organizational affiliation):** | Amanda Dasch, Chief Development Officer |
| **Are any expected meeting participants registered lobbyists or lobbying organizations, and/or registered under** | No. |

| | |
|---|---|
| **the Foreign Agents Registration Act?** (If yes, please identify.) | |
| **Are any expected meeting participants a partisan political candidate, a representative of a political party or a registered political action committee (PAC)?** (If yes, please identify.) | No. |

| **MEETING TOPIC(S)** | |
|---|---|
| **Describe the proposed meeting topic/ agenda, provide available briefing materials, and identify desired outcome(s):** | Topic is Dec. 22, 2025, Director's Order from BOEM. Desired outcome is to identify constructive path for prompt resolution of the concerns in the order. |
| **Please describe the action sought from the Office of the Secretary:** | Review and confirm sufficiency of mitigation measures proposed and agreed to by Department of War. This review and dialogue would result in prompt withdrawal of the Dec. 22 Director's Order. |
| **Will the meeting involve legislation, broad policy options, or other general matters that involve a large and diverse range of persons and interests?** (If yes, please describe.) | No legislation; but we would propose discussing policy frameworks to advance federal solutions that can provide greater certainty and consistency for energy markets and enable greater abundance of all energy resources. |
| **Will the meeting involve regulations, rules, or other matters that impact a specific industry, sector of the economy, or group of persons?** (If yes, please describe.) | Yes; we hope to discuss Interior regulations and reviews related to offshore wind and other matters that impact the domestic energy sector. |
| **Will the meeting involve a litigation matter, a permit, a grant, a contract, or any other matter that involves specific parties?** (If yes, please identify the matter and list the specific parties.) | The meeting would involve the Dec. 22, 2025 Director's Order received from BOEM for Revolution Wind and Sunrise Wind. |
| **With which Bureau(s) or Office(s) does the proposed meeting agenda most align?** (Please list all, if more than one.) | Bureau of Ocean Energy Management. |

| **LOGISTICS/OTHER*** | |
|---|---|
| **Please supply any other pertinent background information for the meeting.** Draft agenda, organization website, prior engagement with DOI officials, etc. | As a requirement of the permitting process for these projects, Revolution Wind and Sunrise Wind each consulted closely and directly with the U.S Department of War Military Aviation |

| | |
|---|---|
| | and Installation Assurance Siting Clearinghouse to evaluate and address potential impacts to national security and defense capabilities from construction and operations of our projects. This process started in 2020 and continued for over four years. We would like to engage in dialogue to understand new concerns and confirm the adequacy of previously-agreed-to mitigations. |
| **If the Secretary is unable to meet, is a surrogate desired?** <br> If yes, anyone specific? | Deputy Secretary |
| **Any additional notes or information?** | |

# EXHIBIT 2

**Bryan Stockton**

| | |
|---|---|
| **From:** | Taylor, Audrey K <Audrey.Taylor@boem.gov> |
| **Sent:** | Tuesday, December 30, 2025 11:04 AM |
| **To:** | Bryan Stockton; Giacona, Matthew N; Gabriel Davies |
| **Cc:** | Danley, Christopher D |
| **Subject:** | Re: [EXTERNAL] Meeting request for Revolution Wind and Sunrise Wind |

Hi Bryan,

I don't think security clearances are needed for this meeting, but defer to Matt for his thoughts!

Also confirming receipt of the names for the additional attendees. These have been submitted to building security and should be good to go.

Audrey



**Audrey Taylor, PhD**

Acting Deputy Chief of Staff
Bureau of Ocean Energy Management
+1 571.585.6084

---

**From:** Bryan Stockton <BRSTO@orsted.com>
**Sent:** Monday, December 29, 2025 5:36 PM
**To:** Taylor, Audrey K <Audrey.Taylor@boem.gov>; Giacona, Matthew N <Matthew.Giacona@boem.gov>; Gabriel Davies <GABDA@orsted.com>
**Cc:** Danley, Christopher D <christopher.danley@sol.doi.gov>
**Subject:** Re: [EXTERNAL] Meeting request for Revolution Wind and Sunrise Wind

Hi Audrey,

Thank you for the logistical information. We'll pass it and the calendar invite along to our other attendees.

We do have one other person with clearance we'd like to bring; is there information you could provide on how clearances could be transmitted in advance to BOEM, so we can confirm the transfer happens before 3pm tomorrow?

Best,

**Bryan Stockton**
Head of Federal and Regulatory Affairs
Ørsted
Tel. (202) 499-0528
brsto@orsted.com

**From:** Taylor, Audrey K <Audrey.Taylor@boem.gov>
**Sent:** Monday, December 29, 2025 1:18 PM
**To:** Bryan Stockton <BRSTO@orsted.com>; Giacona, Matthew N <Matthew.Giacona@boem.gov>; Gabriel Davies <GABDA@orsted.com>
**Cc:** Danley, Christopher D <christopher.danley@sol.doi.gov>
**Subject:** Re: [EXTERNAL] Meeting request for Revolution Wind and Sunrise Wind

Hi Bryan,

Thanks for passing along the attendees! I'll add you and Gabriel to a meeting invite shortly. If you'd like me to add the others, please send along their email addresses. Below are some arrival instructions:

**Arrival Instructions:**
-Please plan to arrive 15 minutes prior to allow time to go through our security screening and ensure everyone has a REAL ID-Compliant driver's license on their person. An unexpired government-issued photo ID may be acceptable with other forms of identification such as a passport.
-Guests should arrive at our C Street entrance (1849 C Street, NW).
-When checking in with security, please let them know the meeting POC is Audrey Taylor at 571-585-6084.
-Guests will be escorted to the Conference Room after the security screening.

To help you understand the Real ID process better, please refer to the following link:
https://www.tsa.gov/realid/realid-faqs. If you do not have a Real ID, please visit the link to view other acceptable forms of identification.

Thank you,
Audrey



**Audrey Taylor, PhD**

Acting Deputy Chief of Staff
Bureau of Ocean Energy Management
+1 571.585.6084

---

**From:** Bryan Stockton <BRSTO@orsted.com>
**Sent:** Monday, December 29, 2025 11:53 AM
**To:** Giacona, Matthew N <Matthew.Giacona@boem.gov>; Gabriel Davies <GABDA@orsted.com>
**Cc:** Danley, Christopher D <christopher.danley@sol.doi.gov>; Taylor, Audrey K <Audrey.Taylor@boem.gov>
**Subject:** Re: [EXTERNAL] Meeting request for Revolution Wind and Sunrise Wind

Hi Matt:

Thank you for agreeing to meet with us at 3pm tomorrow, 12/30. Our attendees are:

Gabriel Davies, Managing Director, Ørsted
Bryan Stockton, Senior Director, Federal and Regulatory Affairs, Ørsted
Hywel Roberts, Senior Lead Strategic Specialist, Ørsted

Maddy Cronin, Head of Market Affairs, Ørsted
Janice Schneider, Partner, Latham & Watkins
Pat Holub, Senior Director, TERMA Group

Please let us know how Pat Holub can best relay his security clearance information to the facility security officer.

Best,

**Bryan Stockton**
Head of Federal and Regulatory Affairs
1225 New York Avenue NW, Ste. 550B
Washington DC, 20002
Tel. (202) 499-0528
brsto@orsted.com



Learn more at us.orsted.com

---

**From:** Giacona, Matthew N <Matthew.Giacona@boem.gov>
**Sent:** Monday, December 29, 2025 8:30 AM
**To:** Gabriel Davies <GABDA@orsted.com>
**Cc:** Bryan Stockton <BRSTO@orsted.com>; Danley, Christopher D <christopher.danley@sol.doi.gov>; Taylor, Audrey K <Audrey.Taylor@boem.gov>
**Subject:** Re: [EXTERNAL] Meeting request for Revolution Wind and Sunrise Wind

> You don't often get email from matthew.giacona@boem.gov. Learn why this is important

Thank you, Gabriel. Please provide an attendee list at earliest convenience.

Best,
Matt

Get Outlook for iOS

---

**From:** Gabriel Davies <GABDA@orsted.com>
**Sent:** Sunday, December 28, 2025 4:02:46 PM
**To:** Giacona, Matthew N <Matthew.Giacona@boem.gov>
**Cc:** Bryan Stockton <BRSTO@orsted.com>; Danley, Christopher D <christopher.danley@sol.doi.gov>; Taylor, Audrey K <Audrey.Taylor@boem.gov>
**Subject:** Re: [EXTERNAL] Meeting request for Revolution Wind and Sunrise Wind

Director Giacona

Thank you for coming back to us. We can attend at 3pm on the 30th. We will send over our attendee list tomorrow.

I look forward to meeting you on Tuesday.

Best,

Gabriel

Best regards,
**Gabriel Davies**
Managing Director
Northeast Program

Tel. +1 (857) 378-6270
gabda@orsted.com

399 Boylston St
Boston, MA 02116
United States

Learn more at orsted.com

On 28 Dec 2025, at 15:07, Giacona, Matthew N <Matthew.Giacona@boem.gov> wrote:

Sorry for the delay here, Bryan. Would the afternoon of the 30th still work? We are available any time except 1030am-12pm.

Best,
Matt Giacona

Get Outlook for iOS

**From:** Bryan Stockton <BRSTO@orsted.com>
**Sent:** Sunday, December 28, 2025 9:03 AM
**To:** Gabriel Davies <GABDA@orsted.com>; Giacona, Matthew N <Matthew.Giacona@boem.gov>
**Cc:** Danley, Christopher D <christopher.danley@sol.doi.gov>; Taylor, Audrey K <Audrey.Taylor@boem.gov>
**Subject:** Re: [EXTERNAL] Meeting request for Revolution Wind and Sunrise Wind

Appreciating that there are a lot of moving parts here, and that all or most of us may be traveling for family or work, would it be easier to confirm a date and time first? If necessary, we can lock down other details on attendance and logistics closer to the meeting.

Thank you again.

Bryan Stockton
Head of Federal and Regulatory Affairs
Ørsted

Tel. (202) 499-0528
brsto@orsted.com

---

**From:** Gabriel Davies <GABDA@orsted.com>
**Sent:** Friday, December 26, 2025 11:32 AM
**To:** Matthew N Giacona <Matthew.Giacona@boem.gov>
**Cc:** Bryan Stockton <BRSTO@orsted.com>; Christopher D Danley
<christopher.danley@sol.doi.gov>; Audrey K Taylor <Audrey.Taylor@boem.gov>
**Subject:** Re: [EXTERNAL] Meeting request for Revolution Wind and Sunrise Wind

Director Giacona

I appreciate your prompt reply. Would you be available to meet Bryan Stockton and me the morning of Dec. 31? Either 9, 10, or 11am?  If the 31st does not work, we also could meet the afternoon of Dec. 30th.

If you plan to have attendance from the solicitor's office, we'd like to have Janice Schneider, our outside counsel, present as well. Could you please let me know if you plan to discuss classified information, in which case we will bring someone with security clearance to be present for that portion?

Thank you again.

Best regards,
**Gabriel Davies**
Managing Director
Northeast Program

Tel. +1 (857) 378-6270
gabda@orsted.com

> On 26 Dec 2025, at 09:04, Giacona, Matthew N
> <Matthew.Giacona@boem.gov> wrote:
>
>
> Thank you, Ms. Davies. We are interested in meeting as soon as possible. Is
> there a day and time next week that would work for a meeting at the Main
> Interior Building?
>
> Sincerely,
>
> Matt Giacona
> BOEM
>
> Get Outlook for iOS

---

**From:** Gabriel Davies <GABDA@orsted.com>
**Sent:** Tuesday, December 23, 2025 5:40 PM

**To:** Giacona, Matthew N <Matthew.Giacona@boem.gov>
**Cc:** Bryan Stockton <BRSTO@orsted.com>
**Subject:** [EXTERNAL] Meeting request for Revolution Wind and Sunrise Wind

**This email has been received from outside of DOI - Use caution before clicking on links, ope
attachments, or responding.**

Director Giacona

On behalf of Revolution Wind LLC and Sunrise Wind LLC please see the
attached letters, requesting an in-person meeting as soon as possible.

Best regards,
**Gabriel Davies**
Managing Director
Northeast Program

Tel. +1 (857) 378-6270
gabda@orsted.com

# EXHIBIT 3

 Outlook

---

## follow up on security clearance transfer

---

**From** Bryan Stockton <BRSTO@orsted.com>

**Date** Fri 1/2/2026 4:02 PM

**To** Christopher D" <christopher.danley@sol.doi.gov>

Chris:

As we reach the end of the week, do you have any update on the status of the review/briefing for the three individuals (Adm. Paul Thomas (ret.), Pat Holub, and Tom Ferguson) with appropriate clearance that we identified for Revolution Wind and Sunrise Wind in our meeting on December 30?

Thank you, and happy new year.

**Bryan Stockton**

Head of Federal and Regulatory Affairs

1225 New York Avenue NW, Ste. 550B

Washington DC, 20002

Tel. (202) 499-0528

brsto@orsted.com



Learn more at us.orsted.com

# EXHIBIT 4

1/7/26, 3:02 PM    RE: [EXTERNAL] Transmittal of Security Clearance to DOW to facilitate classified brief on Revolution and Sunrise Wind - Bryan Stoc…

Case 1:26-cv-00039-RCL    Document 1-8    Filed 01/09/26    Page 24 of 28

 **Outlook**

---

**RE: [EXTERNAL] Transmittal of Security Clearance to DOW to facilitate classified brief on Revolution and Sunrise Wind**

---

**From**  Danley, Christopher D <christopher.danley@sol.doi.gov>

**Date**  Wed 1/7/2026 2:55 PM

**To**  Paul Thomas <paul@stkbridge.com>

**Cc**  Bryan Stockton <BRSTO@orsted.com>

Admiral Thomas, I appreciate you following up.  I have submitted your name and the others' names to DOW and asked for a point of contact so that you could reach out to them directly.  I will send you that name when I receive it.

However, DOW has informed me that they are awaiting the resolution of the litigation before they would consider sharing the classified information with Orsted's representatives.

Chris

---

**From:** Paul Thomas <paul@stkbridge.com>
**Sent:** Wednesday, January 7, 2026 2:11 PM
**To:** Danley, Christopher D <christopher.danley@sol.doi.gov>
**Cc:** Bryan Stockton <brsto@orsted.com>
**Subject:** [EXTERNAL] Transmittal of Security Clearance to DOW to facilitate classified brief on Revolution and Sunrise Wind

---

> **This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Mr. Danley:

More than a week has passed since our meeting at BOEM, but I have yet to receive any communication from the Department of War regarding the transmittal of my top secret security clearance. Do you have any update on when I might expect to review the classified information related to Revolution Wind and Sunrise Wind and receive a briefing? If there is anything else I can provide to facilitate this transfer for this urgent matter, please let me know.

Thank you,

VADM Paul Thomas, USCG (Ret)

1/7/26, 3:02 PM

Case 1:26-cv-00038-RCt Document 11-3 Filed 01/09/26 Page 25 of 28

RE: [EXTERNAL] Consultant Security Clearance to DDOT to facilitate classified brief on Revolution and Sunrise Wind - Bryan Stoc...

President
Stockbridge Consultants, LLC
paul@stkbridge.com
904-535-7418

# EXHIBIT 5

1/8/26, 6:44 PM    Re: [EXTERNAL] Transmittal of Security Clearance to DOW to facilitate classified brief on Revolution and Sunrise Wind - Bryan Stoc…

Case 26-00038-RCL Document 11-3 Filed 01/09/26 Page 27 of 28

 **Outlook**

---

**Re: [EXTERNAL] Transmittal of Security Clearance to DOW to facilitate classified brief on Revolution and Sunrise Wind**

---

**From** Bryan Stockton <BRSTO@orsted.com>

**Date** Thu 1/8/2026 6:44 PM

**To** Danley, Christopher D <christopher.danley@sol.doi.gov>

📎 3 attachments (16 MB)
Sunrise Documents to Clearinghouse.zip; SRW  Project Introduction  DoD  07242020.pdf; Sunrise Offshore Wind Project Mitigation Agreement Signature 01172025.pdf;

Chris:

I appreciate your response, though am disappointed that no effort will be made by DoW to facilitate the transfer of clearances. Regardless, in response to your request, I have attached a range of materials relevant to the review of Sunrise Wind by DoW, including the mitigation agreement executed between Sunrise Wind and the U.S. military in 2025. (Due to file size, I will send Revolution Wind materials in a separate email.) We await a better understanding of the capabilities that DoW is trying to achieve so that we can have further conversations.
-Bryan

**Bryan Stockton**

Senior Director, Federal & Regulatory Affairs

Ørsted

Tel. (202) 499-0528

brsto@orsted.com

---

**From:** Danley, Christopher D <christopher.danley@sol.doi.gov>
**Sent:** Wednesday, January 7, 2026 2:55 PM
**To:** Paul Thomas <paul@stkbridge.com>
**Cc:** Bryan Stockton <BRSTO@orsted.com>
**Subject:** RE: [EXTERNAL] Transmittal of Security Clearance to DOW to facilitate classified brief on Revolution and Sunrise Wind

Admiral Thomas, I appreciate you following up.  I have submitted your name and the others' names to DOW and asked for a point of contact so that you could reach out to them directly.  I will send you that name when I receive it.

However, DOW has informed me that they are awaiting the resolution of the litigation before they would consider sharing the classified information with Orsted's representatives.

Chris

---

**From:** Paul Thomas <paul@stkbridge.com>
**Sent:** Wednesday, January 7, 2026 2:11 PM
**To:** Danley, Christopher D <christopher.danley@sol.doi.gov>
**Cc:** Bryan Stockton <brsto@orsted.com>
**Subject:** [EXTERNAL] Transmittal of Security Clearance to DOW to facilitate classified brief on Revolution and Sunrise Wind

This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.

Mr. Danley:

More than a week has passed since our meeting at BOEM, but I have yet to receive any communication from the Department of War regarding the transmittal of my top secret security clearance. Do you have any update on when I might expect to review the classified information related to Revolution Wind and Sunrise Wind and receive a briefing? If there is anything else I can provide to facilitate this transfer for this urgent matter, please let me know.

Thank you,


VADM Paul Thomas, USCG (Ret)
President
Stockbridge Consultants, LLC
paul@stkbridge.com
904-535-7418