**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SUNRISE WIND LLC,<br><br>  *Plaintiff*,<br><br>v.<br><br>DOUGLAS J. BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior;<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR;<br><br>MATTHEW GIACONA, in his official capacity as Acting Director of the Bureau of Ocean Energy Management;<br><br>BUREAU OF OCEAN ENERGY MANAGEMENT;<br><br>KENNETH STEVENS, in his official capacity as Principal Deputy Director Exercising the Delegated Authorities of the Director of the Bureau of Safety and Environmental Enforcement; and<br><br>BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT,<br><br>  *Defendants*. | Case No.: 1:26-cv-00028-RCL |

**[PROPOSED] PRELIMINARY INJUNCTION**

Plaintiff Sunrise Wind LLC ("Sunrise Wind") has filed a motion for stay pending review and a preliminary injunction.

Having considered all papers and evidence submitted in support of and in opposition to the Motion, the arguments of counsel and all other matters presented to the Court, and finding good

cause appearing therefrom, the Court finds that Sunrise Wind is entitled to a stay and preliminary injunction of the Bureau of Ocean Energy Management's December 22, 2025 Order issued to Sunrise Wind "to suspend all ongoing activities related to the Sunrise Wind Project on the Outer Continental Shelf for the next 90 days for reasons of national security" (the "Stop Work Order"). Furthermore, the Court finds that Sunrise Wind is entitled to a preliminary injunction against the enforcement of the Stop Work Order. Sunrise Wind has demonstrated likelihood of success on the merits of its underlying claims, it is likely to suffer irreparable harm in the absence of an injunction, the balance of the equities is in its favor, and maintaining the status quo by granting the injunction is in the public interest.

Accordingly, it is hereby:

**ORDERED** that the Motion be, and hereby is, GRANTED in its entirety; it is further

**ORDERED** that the Stop Work Order is stayed and enjoined pending conclusion of these proceedings and Defendants are enjoined from imposing the Stop Work Order until such time as the Court orders otherwise; it is further

**ORDERED** that Defendants be enjoined from enforcing the Stop Work Order; it is further

**ORDERED** that Defendants shall: (1) request that the Department of War process pending requests for representatives for Plaintiff who have appropriate security clearances to review the classified information that Defendants refer to in the Stop Work Order; and (2) request that the Department of War provide unclassified summaries of the key decisional documents to the Plaintiff; it is further

**ORDERED** that Defendants shall provide the Court with an update on the Department of War's response to those requests within forty-eight (48) hours of this Order.

**IT IS SO ORDERED** on this _____ day of _____, 2026.

 

_____
Honorable Royce C. Lamberth
United States District Judge

## NAMES OF PERSONS TO BE SERVED
## WITH PROPOSED ORDER UPON ENTRY

In accordance with Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above proposed order:

Kristopher R. Swanson (Colo. Bar No. 39378)
Natural Resources Section
Environment & Natural Resources Div.
U.S. DEPARTMENT OF JUSTICE
P.O. Box 7611
Washington, D.C. 2004-7611
Tel: (202) 598-1937
Email:  kristofor.swanson@usdoj.gov