IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Sunrise Wind LLC**, <br><br> Plaintiffs, <br><br> v. <br><br> **Douglas J. Burgum,** in his official capacity as Secretary of the Interior; **U.S. Department of the Interior**; **Matthew Giacona**, in his official capacity as Acting Director of the Bureau of Ocean Energy Management; **Bureau of Ocean Energy Management**; **Kenneth Stevens**, in his official capacity as Principal Deputy Director Exercising the Delegated Authorities of the Director of the Bureau of Safety and Environmental Enforcement; **Bureau of Safety and Environmental Enforcement**, <br><br> Defendants. | Case No. 1:26-cv-00028-RCL |

**FEDERAL DEFENDANTS' OBJECTION TO DESIGNATION AS RELATED CASE**

Pursuant to Local Civil Rule 40.5(c)(3), Federal Defendants object to the designation of the above-captioned case as related to *Revolution Wind v. Burgum*, No. 25-cv-2999 (D.D.C.). Plaintiff noticed the two cases as involving common issues of fact and growing out of the same event or transaction. *See* Notice of Designation of Related Civil Cases Pending In This Or Any Other United States Court, Dkt. No. 3; LCvR 40.5(a)(3); LCvR 40.5(b)(2). We believe the cases are more properly treated as unrelated.

The two cases do not technically grow from the same event or transaction or involve common issues of fact. The plaintiffs are different and each case challenges a different agency action by the Department of the Interior. In *Sunrise Wind*, Plaintiff challenges a December 22

decision to suspend ongoing activities on Plaintiff's lease on the outer continental shelf.  Compl.

¶ 1, Dkt. No. 1. *Revolution Wind*, by contrast, challenges different August 22 and December 22

orders related to activities on a different lease held by the plaintiff there.  Supp. Compl., *Revolution*

*Wind v. Burgum*, No. 25-cv-2999-RCL, ¶¶ 1–3, Dkt. No. 52 (D.D.C. Jan. 2, 2026).   Though the

Department of the Interior's reasoning across the two December 22 orders appears to have been

similar, each order was a separate action and applied only to the leaseholder in question.  Indeed,

a case by a third company challenging a similar (but separate) December 22 order is currently

pending before Judge Nichols.  *See Empire Leaseholder LLC v. Burgum*, No. 26-cv-00004

(D.D.C.).  And yet another one is before the U.S. District Court for the Eastern District of Virginia.

*See Va. Elec. & Power Co. v. U.S. Dep't of the Interior*, No. 2:25-cv-830 (E.D. Va. Dec. 23, 2025).

Further, judicial review of each action will be conducted on the administrative record for

that action.  *Fla. Power & Light v. Lorion*, 470 U.S. 729, 743–44 (1985).  Though it seems likely

the administrative records may have overlap in some documents, the Court will not be acting as a

factfinder.  *Marshall Cnty. Health Care Auth. v. Shalala*, 988 F.2d 1221, 1226 (D.C. Cir. 1993)

(when a plaintiff challenges agency action, "[t]he entire case on review is a question of law, and

only a question of law."); *accord Habitat Educ. Ctr., Inc. v. Kimbell*, 250 F.R.D. 390, 394–95

(E.D. Wis. 2008) ("[T]wo suits under the APA challenging distinct agency actions will not involve

common questions of law or fact . . . [b]ecause each action will be based on a different

administrative record [and thus] challenges to different actions will likely involve different

questions of law and fact.").  And though the cases will touch on the same legal issues, "[c]ommon

issues of law does not mean common issues of an area of the law." *Spaeth v. Mich. State Univ.*

*Coll. of L.*, 845 F. Supp. 2d 48, 54 (D.D.C. 2012) (quoting *Grennell v. Western Southern Life Ins.*

*Co.*, 298 F. Supp. 2d 390, 398 (S.D. W. Va. 2004)).  The cases are better treated as unrelated.

January 11, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

PETER M. TORSTENSEN, JR.
Deputy Assistant Attorney General

_s/ Kristofor R. Swanson_
KRISTOFOR R. SWANSON
(Colo. Bar No. 39378)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 598-1937
kristofor.swanson@usdoj.gov

*Attorney for Federal Defendants*