IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Sunrise Wind LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **Douglas J. Burgum,** in his official capacity as Secretary of the Interior, **et al.**, <br><br> Defendants. | Case No. 1:26-cv-00028-RCL |

**JOINT MOTION FOR SCHEDULING ORDER REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY RELIEF**

Plaintiff Sunrise Wind LLC and Federal Defendants jointly move for entry of a scheduling order governing Plaintiff's Motion for Preliminary Injunction and Stay Pending Review (Dkt. No. 11).  Plaintiff has requested a ruling on its motion by the week of February 2, but no later than February 6.  The parties propose that Federal Defendants' response to the motion be due **January 23** and Plaintiff's reply be due **January 29**.  The parties also report that, should the Court find a hearing a necessary, counsel is available for a hearing during the week of February 2.  Good cause exists for the proposed schedule:

1. This case challenges a December 22, 2025, order by the Acting Director of the Bureau of Ocean Energy Management suspending for 90 days ongoing activities on the outer continental shelf related to the Sunrise Wind offshore wind energy project.  Plaintiff's preliminary injunction motion seeks to stay the suspension order's effect and enjoin enforcement of the order during pendency of the suit.

2. Plaintiff filed its motion on January 9.  Under Local Civil Rule 65.1(c), Federal

Defendants' response is currently due January 16.

3. Given the date by which Plaintiff seeks its requested relief, counsel have conferred regarding their schedules and competing obligations.  Federal Defendants have requested—and Plaintiff consents—to a 7-day extension of Federal Defendants' response deadline, up to and including January 23.

4. Additionally, Plaintiff requests the opportunity to reply to the Federal Defendants' opposition up to and including January 29, 2026, which Federal Defendants do not oppose.  The parties agree that Local Civil Rule 65.1(c) regarding supplemental declarations requiring leave of the Court applies, notwithstanding the parties' agreement on a reply brief.  Plaintiff reserves its right to move for leave of the Court to submit supplemental declarations, as necessary.

5. Under Local Civil Rule 65.1(d), a hearing is to be set on Plaintiff's motion by no later than January 30, "unless the Court earlier decides the motion on the papers or makes a finding that a later hearing will not prejudice the parties."  LCvR 65.1(d).  The parties report that counsel can be available for a hearing the week of February 2.  Plaintiff does not oppose a hearing beyond the 21-days set forth in Local Civil Rule 65.1(d) so long as it does not impact the Court's ability to rule on the pending motion by no later than February 6.

Based upon the foregoing, the parties jointly request that the Court enter an order extending to January 23 Federal Defendants' deadline to respond to the preliminary injunction motion, and set a hearing as the Court's calendar allows the week of February 2.

January 14, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

2

PETER M. TORSTENSEN, JR.
Deputy Assistant Attorney General

*s/ Kristofor R. Swanson*
KRISTOFOR R. SWANSON
(Colo. Bar No. 39378)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 598-1937
kristofor.swanson@usdoj.gov

*Attorneys for Federal Defendants*

*/s/ Stacey L. VanBelleghem (w/ permission)*
Janice M. Schneider (D.C. Bar No. 472037)
Stacey L. VanBelleghem (D.C. Bar No. 988144)
Roman Martinez (D.C. Bar No. 1001100)
Devin. M. O'Connor (D.C. Bar No. 1015632)
Rachael L. Westmoreland (D.C. Bar No. 90034032)
LATHAM & WATKINS LLP
555 11th Street NW, Suite 1000
Washington, D.C. 20004
Tel:  (202) 637-2200
Fax:  (202) 637-2201
Email: janice.schneider@lw.com
         stacey.vanbelleghem@lw.com
         roman.martinez@lw.com
         devin.o'connor@lw.com
         rachael.westmoreland@lw.com

*Counsel for Plaintiff Sunrise Wind LLC*

3