IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Sunrise Wind LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**Douglas J. Burgum,** in his official capacity as Secretary of the Interior, **et al.,**<br><br>Defendants. | Case No. 1:26-cv-00028-RCL |

### [PROPOSED] SCHEDULING ORDER GOVERNING PLAINTIFF'S MOTION FOR PRELIMINARY RELIEF

Before the Court is the parties' joint motion for a scheduling order regarding Plaintiff's motion (Dkt. No. 11) for a preliminary injunction and stay pending review. Having considered the joint motion, and good cause being shown, the Court GRANTS the joint motion. Federal Defendants shall file their response to Plaintiff's preliminary injunction motion by no later than January 23, 2026 and Plaintiff shall file its reply no later than January 29, 2026. The Court will hold a hearing on Plaintiff's motion on _____February 2_____, 2026, at __11:00 am__.

SO ORDERED.

Date: ___1-15-24___

_Royce C. Lamberth_
Honorable Royce C. Lamberth
United States District Judge

1