IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNRISE WIND LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>DOUG BURGUM, *et al.*,<br><br>*Defendants*. | Case No.: 1:26-cv-00028-RCL<br><br>Hearing:  February 2, 2026<br>11:00 AM, Courtroom 15 |

**NOTICE OF SUPPLEMENTARY AUTHORITY IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND STAY PENDING REVIEW**

Plaintiff Sunrise Wind LLC ("Sunrise Wind") respectfully submits this Notice of Supplemental Authority in Support of Plaintiff's Motion for Preliminary Injunction and Stay Pending Review to bring to this Court's attention new U.S. District Court decisions, preliminarily enjoining Defendant Bureau of Ocean Energy Management's ("BOEM") December 22, 2025 orders to other offshore wind projects—which are nearly identical to the Stop Work Order Sunrise Wind challenges in this case.  In addition to this Court's January 12, 2026, preliminary injunction granted to Revolution Wind, LLC and State Plaintiffs in the related case *Revolution Wind, LLC v. Burgum*, No. 25-cv-02999-RCL, Dkts. No. 63 & 64 (D.D.C. Jan. 12, 2026), on January 15, 2026, the Honorable Judge Carl J. Nichols of this Court granted a preliminary injunction in *Empire Leaseholder LLC v. Burgum*, No. 1:26-cv-00004-CJN (D.D.C. Jan. 15, 2026), Minute Order and Transcript Attached as Exhibits A and B respectively, and the U.S. District Court for the Eastern District of Virginia granted a preliminary injunction in *Virginia Electric and Power Co. v. U.S. Dep't of the Interior*, No. 2:25-cv-00830-JKW, Dkt. 81 (Jan. 16, 2026), Order and Transcript Attached as Exhibits C and D respectively.  In each instance, the courts have reviewed *in camera*

the government's *ex parte* submission of classified information, with the government now acknowledging that the same classified information has been submitted in every case. *See* Exhibit D, Tr. at 34:24–35:9. And in each instance, the courts have found that the *Winter* preliminary injunction factors favor a preliminary injunction or stay. *See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7 (2008).

Sunrise Wind respectfully submits that these rulings support Sunrise Wind's pending Motion for Preliminary Injunction and Stay Pending Review.

Dated: January 20, 2026                          Respectfully submitted,

By /s/ *Stacey L. VanBelleghem*
        Janice M. Schneider (D.C. Bar No. 472037)
        Stacey L. VanBelleghem (D.C. Bar No. 988144)
        Roman Martinez (D.C. Bar No. 1001100)
        Devin M. O'Connor (D.C. Bar No. 1015632)
        Rachael L. Westmoreland (D.C. Bar No. 90034032)
        LATHAM & WATKINS LLP
        555 11th Street NW, Suite 1000
        Washington, D.C. 20004
        Tel: (202) 637-2200
        Fax: (202) 637-2201
        Email: janice.schneider@lw.com
                   stacey.vanbelleghem@lw.com
                   roman.martinez@lw.com
                   devin.o'connor@lw.com
                   rachael.westmoreland@lw.com

*Counsel for Plaintiff Sunrise Wind LLC*