# EXHIBIT A

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 1/15/2026 at 11:36 AM EDT and filed on 1/15/2026

**Case Name:** EMPIRE LEASEHOLDER LLC et al v. BURGUM et al
**Case Number:** 1:26-cv-00004-CJN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Order and Entry for Proceedings held before Judge Carl J. Nichols: Preliminary Injunction resumed on 1/15/2026. [8] Motion for Preliminary Injunction and Stay; GRANTED for reasons stated on the record by the Court. Joint Proposed Expedited Summary Judgment Briefing Schedule due by 1/20/2026 Court Reporter: Lorraine Herman. (zcam)**

**1:26-cv-00004-CJN Notice has been electronically mailed to:**

Ann D. Navaro     ann.navaro@bracewell.com, teresa.permenter@bracewell.com

David A. Super     david.super@bracewell.com, melissa.boussefa@bracewell.com, teresa.permenter@bracewell.com

Jonathan David Newman     newman@shermandunn.com

Kristofor R. Swanson     kristofor.swanson@usdoj.gov, Efile_nrs.enrd@usdoj.gov, devon.tice@usdoj.gov

Stanley Edmund Woodward, Jr     stanley.woodward@usdoj.gov, ashleigh.bondoc@usdoj.gov

Peter Martin Torstensen, Jr     peter.torstensen@usdoj.gov, edoj@mt.gov

Jacob James Demree     demree@shermandunn.com

Thomas William Stavola, Jr     tstavolajr@stavolalaw.com

Taylor M. Stuart     taylor.stuart@bracewell.com, melissa.boussefa@bracewell.com

Tyler S. Johnson     tyler.johnson@bracewell.com

Blake Phillips     phillips@shermandunn.com

John Kenneth Adams     john.adams3@usdoj.gov

**1:26-cv-00004-CJN Notice will be delivered by other means to::**