# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

| | |
|---|---|
| VIRGINIA ELECTRIC AND POWER COMPANY D/B/A DOMINION ENERGY VIRGINIA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>    Defendants. | Case No. 2:25-cv-830 |

## ORDER

For the reasons stated from the bench, the Court finds that Plaintiffs Dominion Energy Virginia and OSW Project LLC (together "Dominion") are likely to prevail on the merits of their claim that the December 22, 2025 order signed by Defendant Matthew Giancona, Acting Director of the Bureau of Ocean Energy Management (BOEM), suspending all ongoing activities related to the Coastal Virginia Offshore Wind – Commercial Project on the Outer Continental Shelf for 90 days violates the Administrative Procedures Act. Dominion has also demonstrated it would likely suffer irreparable harm absent a preliminary injunction and that the public interest and balance of equities favor such relief. Accordingly, Dominion's request[1] for a preliminary injunction is **GRANTED**.

---

[1] Dominion filed a motion for a temporary restraining order, which the Court converted to a motion for a preliminary injunction. ECF Nos. 11 (motion), 22 (order). This Order resolves the motion filed at ECF No. 11.

BOEM's December 22, 2025 order is **STAYED**. All persons and entities bound by this injunction pursuant to Fed. R. Civ. P. 65(d)(2) are **ENJOINED** from enforcing the BOEM order until this Court directs otherwise.

Pursuant to Fed. R. Civ. P. 65(c), Dominion is **ORDERED** to pay a bond to the Clerk of the Court in the amount of $100.

**IT IS SO ORDERED.**

/s/ _____

Jamar K. Walker
United States District Judge

Norfolk, Virginia
January 16, 2026