IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Sunrise Wind LLC**,<br><br>              Plaintiff,<br><br>      v.<br><br>**Douglas J. Burgum,** in his official capacity as Secretary of the Interior, **et al.**,<br><br>              Defendants. | Case No. 1:26-cv-00028-RCL |
| **State of New York, et al.**,<br><br>              Plaintiffs,<br><br>      v.<br><br>**Douglas J. Burgum,** in his official capacity as Secretary of the Interior, **et al.**,<br><br>              Defendants. | Case No. 1:26-cv-00072-RCL (consolidated) |

**NOTICE OF PROVIDING CLASSIFIED INFORMATION
FOR *EX PARTE* AND *IN CAMERA* REVIEW**

Federal Defendants provide notice that Department of Justice security officials have been provided with the classified declaration of Hon. Dale R. Marks and appended classified materials so that they can be provided to the Court for *ex parte* and *in camera* review in conjunction with Federal Defendants' oppositions to Plaintiffs' respective motions for preliminary injunctive relief in these now-consolidated cases.  Federal Defendants' response to Sunrise Wind's motion was filed on January 23 (Dkt. No. 31).  Federal Defendants' response to the State of New York's motion is due on January 28.

1

January 26, 2026

                                                                         ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

PETER M. TORSTENSEN, JR.
Deputy Assistant Attorney General

*s/ Kristofor R. Swanson*
KRISTOFOR R. SWANSON
(Colo. Bar No. 39378)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 598-1937
kristofor.swanson@usdoj.gov

*Attorney for Federal Defendants*