# EXHIBIT A

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States District Court

District of Massachusetts

**Notice of Electronic Filing**

The following transaction was entered on 1/27/2026 at 4:09 PM EST and filed on 1/27/2026

| | |
|---|---|
| **Case Name:** | Vineyard Wind 1 LLC v. United States Department of the Interior et al |
| **Case Number:** | 1:26-cv-10156-BEM |
| **Filer:** | |
| **Document Number:** | 71(No document attached) |

**Docket Text:**
**Judge Brian E. Murphy: ELECTRONIC ORDER entered granting in part Plaintiff's motion, Dkt. 3. For the reasons stated on the record during the January 27, 2026 hearing, the December 22, 2025 stop work order as to the Vineyard Winds 1 Project is STAYED until further order of the Court. (BIB)**

**1:26-cv-10156-BEM Notice has been electronically mailed to:**

Jack W. Pirozzolo    jpirozzolo@sidley.com, nyefiling@sidley.com

Nicole Horberg Decter    ndecter@segalroitman.com, mgermain@segalroitman.com

Richard W. Smith    rwsmith@sidley.com

Luther L. Hajek    luke.hajek@usdoj.gov, efile_nrs.enrd@usdoj.gov, seth.allison@usdoj.gov

Jon Whitney    jon.whitney@mass.gov

Turner Smith    turner.smith@mass.gov

Peter C. Whitfield    pwhitfield@sidley.com, dcefilingnotice@sidley.com, geri@gedenslaw.com, jsimonlento@vineyardwind.com, peter-whitfield-6705@ecf.pacerpro.com

Brooklyn Hildebrandt    bhildebrandt@sidley.com, brooklyn-hildebrandt-7577@ecf.pacerpro.com, dcefilingnotice@sidley.com

Anna G Bottrell    abottrell@segalroitman.com, tsullivan@segalroitman.com

Nathaniel Haviland-Markowitz    nathaniel.haviland-markowitz@mass.gov

John Kenneth Adams    john.adams3@usdoj.gov

Stanley Edmund Woodward, Jr    stanley.woodward@usdoj.gov

Matthew C. Brewer    mbrewer@sidley.com

Kathleen Moriarty Mueller    kmueller@sidley.com

**1:26-cv-10156-BEM Notice will not be electronically mailed to:**