# EXHIBIT C

# Congress of the United States

## Washington, DC 20515

January 22, 2026

The Honorable Pete Hegseth                 The Honorable Doug Burgum
Secretary of War                           Secretary of the Interior
1000 Defense Pentagon                      1849 C Street, N.W.
Washington, DC 20301-1000                  Washington DC 20240

Dear Secretary Pete Hegseth and Secretary Doug Burgum,

We write to express concern regarding the recent decision affecting offshore wind development and to request additional clarity on how national security, environmental, and fiscal considerations were weighed in the Administration's review.

Like many of the constituents we represent, we support an all-of-the-above energy strategy that treats all energy sources fairly, carefully weighs legitimate security risks and real environmental impacts, and does not lock Americans into unsustainable energy mandates. America's energy policy should be grounded in facts, fiscal responsibility, and the national interest—not ideology or politics.

Of particular importance is the concern regarding potential radar interference associated with offshore wind installations and the implications such interference may have for military readiness, aviation safety, and maritime security. These risks warrant serious, evidence-based evaluation—especially in regions with dense civilian air traffic and significant national defense activity. We look forward to reviewing the information that informed the recent determination.

At the same time, many of the projects implicated by the recent decision are near completion, with billions of dollars already invested, and some are already delivering power to local communities. Further delay prevents our constituents from accessing the affordable and reliable electricity they need and expect.

Pausing these projects also jeopardizes thousands of good-paying jobs for American workers who are building, maintaining, and operating these developments. Moreover, offshore wind is an engine for economic growth that extends well beyond coastal communities. The industry supports a robust domestic supply chain across the United States, and halting construction will have negative economic consequences for districts far removed from where the projects are physically located.

Importantly, completing these projects according to plan is essential to achieving American energy dominance and strengthening our national security by reducing reliance on energy produced by our adversaries. Offshore wind is also a critical component of the broader energy capacity needed to support advanced manufacturing and data infrastructure, including winning the artificial intelligence race against the Chinese Communist Party, which continues to aggressively deploy all forms of energy—including offshore wind—without hesitation.

Accordingly, we respectfully request additional information on the analysis underlying the recent decision, including how radar interference, environmental tradeoffs, long-term subsidy exposure, workforce impacts, and broader national security considerations were assessed. Transparency on these issues is essential to maintaining public confidence and ensuring our energy policies advance both economic growth and national security.

Thank you for your attention to this matter. We look forward to continued engagement as we work toward an energy policy that is balanced, responsible, and firmly rooted in America's national interest.

Sincerely,

Nick LaLota
Member of Congress

Andrew R. Garbarino
Member of Congress

Jen A. Kiggans
Member of Congress

Michael V. Lawler
Member of Congress

Robert J. Wittman
Member of Congress

Brian K. Fitzpatrick
Member of Congress

Jeff Hurd
Member of Congress

Rob Bresnahan, Jr.
Member of Congress

Don Bacon
Member of Congress