IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUNRISE WIND LLC,

    *Plaintiff*,

v.

DOUGLAS J. BURGUM, et al.,

    *Defendants.*

Case No.: 1:26-cv-00028-RCL

### [~~PROPOSED~~] ORDER

Plaintiff Sunrise Wind LLC ("Sunrise Wind") has filed a motion ("Motion") for leave to file three supplemental declarations in support of Sunrise Wind's motion for preliminary injunction and stay pending review, Dkt. 11.

Having considered all papers and evidence submitted in support of ~~and in opposition to the~~ Motion, the Court finds that good cause exists for granting Sunrise Wind's request to file the three supplemental declarations.

Accordingly, it is hereby:

**ORDERED** that the Motion be, and hereby is, **GRANTED** in its entirety, and the Clerk is directed to file the following supplemental declarations: Rebuttal Declaration of Ryan Chaytors; Rebuttal Declaration of Edward LeBlanc; and Rebuttal Declaration of Bryan Stockton.

IT IS SO ORDERED on this 30th day of January, 2026.

                                                               Honorable Royce C. Lamberth
                                                                United States District Judge