IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Sunrise Wind LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **Douglas J. Burgum,** in his official capacity as Secretary of the Interior, **et al.**, <br><br> Defendants. | Case No. 1:26-cv-00028-RCL <br><br> Case No. 1:26-cv-00072-RCL (consolidated) |
| **State of New York, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **Douglas J. Burgum,** in his official capacity as Secretary of the Interior, **et al.**, <br><br> Defendants. | |

**[PROPOSED] ORDER GRANTING MOTION TO STAY**

Upon consideration of Federal Defendants' Motion to Stay, it is hereby ORDERED that Federal Defendants' motion is GRANTED. These consolidated cases are stayed through April 9, 2026. It is further ORDERED that no later than April 9, 2026, the parties shall file a status report proposing appropriate next steps in the litigation.

 

_____
Honorable Royce C. Lamberth
Date: _____          United States District Judge

1