**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SUNRISE WIND LLC, | |
| Plaintiff, | |
| v. | C.A. No. 26-cv-00028-RCL |
| DOUGLAS J. BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior, *et al.*, | |
| Defendants. | |
| STATE OF NEW YORK *et al.*, | |
| Plaintiffs, | |
| v. | C.A. No. 26-cv-00072-RCL (consolidated) |
| DOUGLAS J. BURGUM, in his official capacity as Secretary of the United States Department of the Interior, *et al.*, | |
| Defendants. | |

**[PROPOSED] ORDER**

Defendants have moved for a 40-day stay of these consolidated actions.

Having considered all papers and evidence submitted in connection with this

motion, the Court finds that a stay is not warranted.

Accordingly, it is hereby:

**ORDERED** that defendants' motion is DENIED.

**IT IS SO ORDERED** on this _____ day of _____, 2026.


_____

Honorable Royce C. Lamberth
United States District Judge