## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SUNRISE WIND LLC,

     *Plaintiff,*

v.

**DOUGLAS J. BURGUM**, in his official
capacity as Secretary of the Interior, *et al.*,

     *Defendants.*

**Case No. 1:26-cv-28-RCL**
**Case No. 1:26-cv-72-RCL** (consolidated)

## ORDER

Actions for review on an administrative record are exempt from typical scheduling orders. LCvR 16.3(b)(1). Therefore, the Court ORDERS the parties to meet and confer and to submit joint briefing within fifteen days proposing a schedule for briefing dispositive motions and for filing the administrative record.

**IT IS SO ORDERED.**

Date: _____4-30-26_____

_____
Royce C. Lamberth
United States District Judge

1