IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Sunrise Wind LLC,**<br><br>        Plaintiff,<br><br>    v.<br><br>**Douglas J. Burgum,** in his official capacity as Secretary of the Interior, **et al.,**<br><br>        Defendants. | Case No. 1:26-cv-00028-RCL<br><br>Case No. 1:26-cv-00072-RCL (consolidated) |
| **State of New York, et al.,**<br><br>        Plaintiffs,<br><br>    v.<br><br>**Douglas J. Burgum,** in his official capacity as Secretary of the Interior, **et al.,**<br><br>        Defendants. | |

### NOTICE OF FILING CERTIFIED ADMINISTRATIVE RECORD INDEX

Federal Defendants hereby submit the certified index to the administrative record for the agency decision at issue in the case. Attached to this Notice as Exhibit 1 is the certification of the administrative record. Attached to this Notice as Exhibit 2 is the index to the certified administrative record.

In addition, Federal Defendants provided the contents of the administrative record to the parties via a filing sharing system on May 8, 2026.

Dated: May 11, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

1

2

JOHN K. ADAMS
Senior Counsel and Chief of Staff

*/s/ Amber Dutton-Bynum*

AMBER DUTTON-BYNUM
(DC Bar No. 1778319)
KRISTOFOR R. SWANSON
(Colo. Bar No. 39378)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 598-1937 (Swanson)
(202) 330-2694 (Dutton-Bynum)
kristofor.swanson@usdoj.gov
amber.dutton-bynum@usdoj.gov

*Attorney for Federal Defendants*

2