## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Sunrise Wind LLC**, <br><br> *Plaintiff,* <br><br> v. <br><br> **Douglas J. Burgum,** in his official capacity as Secretary of the Interior, *et al.*, <br><br> *Defendants.* | Case No. 1:26-cv-00028-RCL |
| **State of New York,** *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> **Douglas J. Burgum,** in his official capacity as Secretary of the Interior, *et al.*, <br><br> *Defendants.* | Case No. 1:26-cv-00072-RCL (consolidated) |

## [PROPOSED] SCHEDULING ORDER

Pending before the Court is the parties' Joint Proposed Schedule ("Schedule"). Having considered the Schedule, it is hereby

**ORDERED** that the Schedule is GRANTED. The parties shall comply with the following schedule:

- Any motion to complete or supplement the administrative record is due no later than **June 15, 2026.** Should any motion be anticipated, the parties are to meet and confer at least two weeks in advance of the motion to attempt to resolve any dispute. Any such motion will have the effect of vacating the summary judgment briefing schedule set forth below, and the parties will propose a new schedule within seven days of the Court resolving the record motion.

- Plaintiffs will file their respective motions for summary judgment no later than **August 7, 2026.**

- Federal Defendants will file their combined response and cross-motion no later than **September 15, 2026**. Any party granted defendant-intervenor status will abide by the same deadline.

- Plaintiffs will file their respective combined responses and replies no later than **October 19, 2026**.

- Federal Defendants will file their reply no later than **November 9, 2026**. Any party granted defendant-intervenor status will abide by the same deadline.

- The deadline for filing the appendix pursuant to Local Civil Rule 7(n) will be **November 23, 2026**.

**IT IS SO ORDERED** on this _____ day of _____, 2026.


_____
Honorable Royce C. Lamberth
United States District Judge

2