IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Sunrise Wind LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **Douglas J. Burgum,** in his official capacity as Secretary of the Interior, **et al.**, <br><br> Defendants. | Case No. 1:26-cv-00028-RCL <br><br> Case No. 1:26-cv-00072-RCL (consolidated) |
| **State of New York, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **Douglas J. Burgum,** in his official capacity as Secretary of the Interior, **et al.**, <br><br> Defendants. | |

### NOTICE OF FILING RECERTIFIED ADMINISTRATIVE RECORD INDEX

Federal Defendants served the administrative record on May 8, 2026. *See* Dkt. No. 48. Since then, the parties have resolved differences regarding the administrative record without formal motions practice. Federal Defendants hereby notify the Court that Federal Defendants added one document to the administrative record and provided the added document to the parties via electronic mail on June 24, 2026.

Federal Defendants submit the recertified index to the administrative record for the agency decision at issue in the case. Attached to this Notice as Exhibit 1 is the recertification of the administrative record. Attached to this Notice as Exhibit 2 is the index to the recertified administrative record.

1

Dated: June 26, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General


 /s/ Amber Dutton-Bynum_____
AMBER DUTTON-BYNUM
(DC Bar No. 1778319)
KRISTOFOR R. SWANSON
(Colo. Bar No. 39378)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 330-2694 (Dutton-Bynum)
(202) 598-1937 (Swanson)
amber.dutton-bynum@usdoj.gov
kristofor.swanson@usdoj.gov

*Attorney for Federal Defendants*

2