IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Sunrise Wind LLC**,

Plaintiff,

v.

**Douglas J. Burgum,** in his official capacity as Secretary of the Interior, **et al.**,

Defendants.

Case No. 1:26-cv-00028-RCL

Case No. 1:26-cv-00072-RCL (consolidated)

**State of New York, et al.**,

Plaintiffs,

v.

**Douglas J. Burgum,** in his official capacity as Secretary of the Interior, **et al.**,

Defendants.

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO FILE AND MODIFICATION OF BRIEFING SCHEDULE**

This matter having come before the Court on Consent Motion for Extension of Time to File and Modification of Briefing Schedule, Dkt. No. 55, it is hereby

ORDERED that the Motion is GRANTED. The parties shall comply with the following schedule:

- Federal Defendants will file their combined response and cross-motion no later than **October 15, 2026**.
- The Sunrise Wind Plaintiff will file its combined response and reply no later than **November 16, 2026**.
- The New York Plaintiffs will file their combined response and reply no later than

**November 20, 2026.**

- Federal Defendants will file their reply no later than **December 15, 2026**.
- The deadline for filing the appendix pursuant to Local Civil Rule 7(n) will be **January 15, 2027.**

IT IS SO ORDERED this 10th day of September ____, 2026.

Royce C. Lamberth

The Honorable Royce C. Lamberth
United States District Judge